STATE OF NEW JERSEY v. THOMAS ZELENSKY.

June 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS AIKENS.

June 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH MORGAN.

June 19, 1984.

Petition for certification denied.